Bingham McCutchen LLP
DAVID M. BALABANIAN (SBN 37368)
CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE LANG, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>            Defendant. | No. C-05-2957-MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Plaintiff Lawrence Lang and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied. The parties request this extension of time to answer or otherwise respond because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ)

1  (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate
2  pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified
3  as a related action to that petition.  As a result the outcome of the pending petition will impact
4  significantly the schedule of this case.
5            This is the first stipulation between the parties.  Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED:  August 11, 2005
8
9                                             Bingham McCutchen LLP
10
11
12                                        By:        */s/ Joy K. Fuyuno*
                                                  JOY K. FUYUNO
13                                             Attorneys for Defendant
                                                  Intel Corporation
14  DATED:  August 16, 2005
15
16                                             Trump, Alioto, Trump and Prescott
17
18                                        By:        */s/ Mario N. Alioto*
                                                  MARIO N. ALIOTO
19                                             Attorneys for Plaintiff
                                                  Lawrence Lang
20
21
22
23
24
25
26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21630891.1

**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 19, 2005

_____
Honorable Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA