**FILED**

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   BINGHAM McCUTCHEN LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA 94111-4067
4   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  LAWRENCE LANG, on behalf of himself and all others similarly situated,<br>13<br>14       Plaintiff,<br>     v.<br>15  INTEL CORPORATION, a Delaware corporation,<br>16<br>     Defendant.<br>17 | No. C-05-2957-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |

18

19          WHEREAS, on July 20, 2005, Plaintiff filed the instant action in the Northern

20  District of California ("Lang Action");

21          WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel*

22  *Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23  Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24  pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Lang Action has

25  been identified as a related action subject to that motion;

26

SF/21642107.1                                              Case No. C 05-2957 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1        WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order relating this case to an earlier filed case assigned to her, and canceling or staying certain but not all dates, events and deadlines in the action;

4        WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5        WHEREAS, the outcome of the MDL Motion will impact significantly the schedule of this case;

7        THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2, by and among counsel for Plaintiff Lang, and counsel for Defendant Intel Corporation, that any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case should be stayed pending the outcome of the aforementioned MDL Motion; and

14       IT IS FURTHER STIPULATED by the aforementioned parties that if a case management conference is rescheduled by the Court, the parties shall adjust the dates for any conference, disclosures or reports required by the Local Rules or Federal Rules of Civil Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

19       IT IS HEREBY STIPULATED.

Dated: October 28, 2005        TRUMP, ALIOTO, TRUMP & PRESCOTT

By: _____/s/ Mario N. Alioto_____
        Mario N. Alioto
        Attorneys for Plaintiff
        Lawrence Lang

| | | |
|---|---|---|
| 1 | Dated: October 28, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____/s/ *Joy K. Fuyuno*_____ |
| 4 | | Joy K. Fuyuno<br>Attorneys for Defendant<br>Intel Corporation |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1  **[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES
2  PENDING THE OUTCOME OF THE MDL MOTION**

3   Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil
4 Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")
5 and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case
6 management order applicable to this case are hereby stayed pending the outcome of the motion
7 to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

8   Upon the determination of the MDL Motion, if it is necessary for the Court to
9 reschedule a case management conference, the parties shall adjust the dates for any conference,
10 disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16
11 and 26 accordingly.

12   The parties shall notify the Clerk of Court within 10 days of the decision on the
13 MDL Motion.

14 **IT IS SO ORDERED.**

15 Dated:_____

_____
Honorable Marilyn H. Patel
United States District Court Judge

SF/21642107.1

Case No. C 05-2957 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES